UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

PAMELA C. LAUGHLIN,

    Plaintiff,

v.                                          Case No. 5:07-cv-12-Oc-TBS

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____

## ORDER

Pending before the Court is Plaintiff's Consent Petition for Attorney Fees. (Doc.39). Pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412(d), Plaintiff requests an award of fees in the amount of $5,068.21. Plaintiff also seeks costs of $350.00 for the filing fee and $17.68 for service of process fees and postage, payable out of the judgment fund administered by the United States Department of the Treasury . The total for attorney services and costs are confirmed by the attached time sheets and itemization of costs. (Docs. 39-2, 39-3, 39-4). Plaintiff represents that the Commissioner has no objection to her Petition.

Plaintiff asserts that she is the prevailing party in this litigation, that the Commissioner's position in the underlying action was not substantially justified and that her net worth at the time this proceeding was filed was less than two million dollars.[1] On March 7, 2012, the Court entered an Order reversing and remanding this

---

[1] Under the EAJA, a claimant is eligible for an attorney fee award where: (1) the claimant is a prevailing party in a non-tort suit involving the United States; (2) the

cause back to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  (Doc. 37). The next day, the Clerk entered Judgment. (Doc. 38). On May 11, 2012, Plaintiff filed the instant Petition for Attorney's Fees.  (Doc. 27.)

Plaintiff attached a copy of her fee agreement, which includes Plaintiff's assignment of EAJA fees to her counsel.  In light of the assignment, Plaintiff requests (and Defendant agrees) that the payment should be made payable to Plaintiff and delivered to Plaintiff's counsel unless Plaintiff owes a federal debt.  If the U.S. Department of the Treasury determines that Plaintiff does not owe a federal debt, the government will accept Plaintiff's assignment of EAJA fees and pay fees directly to Plaintiff's counsel.

Pursuant to the provisions of the Equal Access to Justice Act (28 U.S.C. §2412(d)), Plaintiff's Consent Petition for Attorney Fees (Doc. 39) is hereby GRANTED.  Plaintiff is awarded attorney's fees in the amount of $5,068.21.  Plaintiff is further awarded costs in the amount of $367.68 payable out of the judgment fund administered by the United States Department of the Treasury.  Payment is authorized to Plaintiff's counsel if the Commissioner determines Plaintiff does not owe a debt to the government.

IT IS SO ORDERED.

---

Government's position was not substantially justified; (3) the claimant filed a timely application for attorney's fees; (4) the claimant had a net worth of less than $2 million at the time the complaint was filed; and (5) there are no special circumstances which would make the award of fees unjust.  28 U.S.C. § 2412(d).

DONE AND ORDERED in Ocala, Florida, on May 14, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel